**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 18 2019 ★

LONG ISLAND OFFICE

Eric Todd Owens
48 Kennedy Heights
Glen cove, NY 11542

**FILED**
**CLERK**

9/19/2019 12:07 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

9/17/19

Case closed.
SO ORDERED.
/s/ JMA, USDJ
9/19/2019

Dear Honor Court Clerk

I Eric Owens, Plaintiff, Pro Se respectfully request to have the complaint withdraw.

Defendants named in the requested withdrawn complaint are:

1. Uber Technologies
2. Checkr Inc.

Plaintiff is submitting a different complaint against only one of the 2 named Defendants.

Respectfully, *Eric Owens*

9/18/19

**RECEIVED**

SEP 18 2019

**EDNY PRO SE OFFICE**